United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

APR 16 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

9761 McKenna Drive, Elk Grove, California 95757,
8270 Cliffcrest Drive, Sacramento, California 95828,
3713 45th Avenue, Sacramento, California 95824,
8108 Gwerder Court, Elk Grove, California 95758,
8646 Everidge Drive, Sacramento, California 95828,
35 Caina Court, Sacramento, California 95828,
6901 Pradera Mesa Drive, Sacramento, California 95824

CASE NO.  2:13-SW-0053 EFB,
          2:13-SW-0054 EFB,
          2:13-SW-0055 EFB,
          2:13-SW-0056 EFB,
          2:13-SW-0057 EFB,
          2:13-SW-0058 EFB,
          2:13-SW-0059 EFB

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT

The government's request to unseal this case with the exception of the original application which shall remain sealed is GRANTED.

A redacted copy of this application shall be provided by the United States Attorney's Office and be made available on the public docket.

Dated: April 16, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge